UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GAIL KELEMEN,

    Plaintiff,

v.                                Case No: 6:16-cv-2070-Orl-28TBS

CITIBANK, N.A.,

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been settled. (Notice of Settlement, Doc. 21).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on February 24, 2017.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record